IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01645-WYD-KLM

BRIAN TOPP,

    Plaintiff,

v.

LONE TREE ATHLETIC CLUB,

    Defendant.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Default Judgment** [Docket No. 15; Filed September 26, 2013] (the "Motion"). In his Motion, Plaintiff asks the Court to enter a default judgment against Defendant pursuant to Fed. R. Civ. P. 55(b)(2). *Motio*n [#15] at 1.

    "[Federal] Rule [of Civil Procedure] 55 mandates a two-step process for a party who seeks a default judgment in his favor." *Williams v. Smithson*, 57 F.3d 1081, at *1 (10th Cir. June 20, 1995) (unpublished table decision); *U.S. Commodity Futures Trading Com'n v. Trimble*, Civil Action No. 11-cv-02887-PAB-KMT, 2013 WL 317576, at *1 (D. Colo. Jan. 28, 2013). First, the party seeking a default judgment must request an entry of default from the Clerk of the Court pursuant to Fed. R. Civ. P. 55(a). *Id.* After default has been entered by the Clerk, the party may seek default judgment pursuant to Fed. R. Civ. P. 55(b). *Id.* Here, Plaintiff never sought entry of default pursuant to Fed. R. Civ. P. 55(a). Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#15] is **DENIED without prejudice**.

    Dated: September 26, 2013