IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.    13-cv-01645-WYD-KLM

BRIAN TOPP,

    Plaintiff,

v.

LONE TREE ATHLETIC CLUB, INC.,

    Defendant.

---

## ORDER

---

THIS MATTER is before the Court upon a review of the case file.   On July 15, 2014, I issued an Order Affirming and Adopting Recommendation of United States Magistrate Judge (ECF No. 34), in which I ordered that Plaintiff Brian Topp had leave to file an amended complaint, on or before Tuesday, July 29, 2014, that sufficiently alleged any claim under the FLSA and any Colorado state law claim.   As of the date of this Order, neither an amended complaint nor a voluntary dismissal has been filed.   Accordingly, it is

ORDERED that this case is **dismissed** for the failure to prosecute.

Dated:   June 18, 2015.

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    WILEY Y. DANIEL,
                                    SENIOR UNITED STATES DISTRICT JUDGE