IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   13-cv-01645-WYD-KLM

BRIAN TOPP,

    Plaintiff,

v.

LONE TREE ATHLETIC CLUB, INC.,

    Defendant.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order, filed on June 18, 2015, by the Honorable Wiley Y. Daniel, Senior United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that this case is dismissed for failure to prosecute.  It is further

ORDERED that plaintiff's complaint and action are dismissed.  It is further

ORDERED that Defendant shall have its costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment, and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado this <u>19th</u> day of June, 2015.

                        FOR THE COURT:

                        JEFFREY P. COLWELL, CLERK

                        */s/ Robert R. Keech*
                        Robert R. Keech,
                        Deputy Clerk